UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JENNELL HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11-cv-993 JCH |
| | ) | |
| CAREER EDUCATION CORP., et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff is ordered to serve process on Defendants forthwith in accordance with Fed.R.Civ.P.

4.

Dated this <u>21st</u> day of June, 2011.

<u>/s/ Jean C. Hamilton</u>
UNITED STATES DISTRICT JUDGE